In the Matter of the Accounting of GUSTAVUS T. KIRBY et al., as Surviving Trustees under a Trust Agreement Made by ISABELLE C. KIRBY, Deceased, Respondents. ISABELLE C. SILLS et al., Appellants.

Argued June 1, 1953; decided July 14, 1953.

*Forrest M. Anderson* and *Aileen T. Singer* for appellants.
*John J. Dillon* for respondents.

Order affirmed, with costs to respondents payable out of the trusts. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.